**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Jonathan Bradshaw v. The State of Texas

Appellate case number:    01-19-00611-CR

Trial court case number:   18-DCR-080889

Trial court:             240th District Court of Fort Bend County

Appellant, Jonathan Bradshaw, has filed a motion to suspend the briefing schedule until the court reporter files a supplemental reporter's record transcribing 911 calls that were played at appellant's jury trial but not transcribed in the trial record. The Court construes this motion as a motion to extend time to file appellant's brief. *See* TEX. R. APP. P. 10.5(b); *see also* TEX. R. APP. P. 34.6(d) (supplementation of reporter's record). Appellee, the State of Texas, did not file a response to appellant's motion, and ten days have passed. *See* TEX. R. APP. P. 10.3(a). Appellant filed his brief on January 9, 2020, before the Court ruled on appellant's motion. Appellant's briefing deadline was January 27, 2020. Accordingly, we **dismiss** appellant's motion as moot.

It is so ORDERED.


Judge's signature:     /s/  Evelyn V. Keyes
                          ☑ Acting individually    ☐ Acting for the Court


Date:   January 16, 2020